JOHN C. CRUDEN
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Assistant Section Chief
KRISTEN L. GUSTAFSON (D.C. Bar. N. 460443)
Kristen.Gustafson@usdoj.gov
MICHAEL R. EITEL (Neb. Bar No. 22889)
Michael.Eitel@usdoj.gov
ERIK E. PETERSEN (D.C. Bar No. 489073)
Erik.Petersen@usdoj.gov
Trial Attorneys, Wildlife & Marine Resources Section
U.S. Department of Justice
Environment & Natural Resources Division
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: 202-305-0339 / Fax: 202-305-0275

CHARLES R. SHOCKEY (D.C. Bar No. 914879)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Division
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Tel: (916) 930-2203/ Fax: (916) 930-2210
Email: charles.shockey@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH SALAZAR, Secretary, U.S. Department of the Interior, et al., <br><br> Defendants. | Case No: CV-08-5775-MHP <br><br> **JOINT STIPULATION TO EXTEND THE TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT AND TO SET DATE FOR PRODUCTION OF ADMINISTRATIVE RECORD** |

1  WHEREAS, Plaintiffs filed the above captioned case on December 29, 2008;

2  WHEREAS, Plaintiffs served the United States Attorney's Office for the Northern District of California with the Summons and Complaint on December 31, 2008;

3  WHEREAS, Plaintiffs filed an Amended Complaint on January 16, 2009;

4  WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), Defendants' response to Plaintiffs' Amended Complaint would be due on March 2, 2009;

5  WHEREAS, Defendants aver that they require additional time, up to and including March 13, 2009, in which to formulate a response to the issues presented in the Plaintiffs' Complaint;

6  WHEREAS, pursuant to Civ. L.R. 6-1, the "[p]arties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint . . . provided the change will not alter the date of any event or any deadline already fixed by Court order. . .";

7  WHEREAS, the agreed-upon extension will not affect or alter any current scheduling deadlines fixed by this Court (i.e., Docket Nos. 3 and 6);

8  WHEREAS, without prejudice to any argument, claim, or defense that any party may have in this case, the parties agree that Defendants shall produce the administrative records for the challenged actions in this case by April 15, 2008,

NOW, THEREFORE, the parties hereby stipulate as follows:

1. Defendants' time in which to respond to Plaintiffs' Amended Complaint shall be enlarged to March 13, 2009.

2. Defendants shall produce the administrative records to Plaintiffs by April 15, 2009.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED February 5, 2009 | Respectfully submitted, |
| 3 | | JOHN C. CRUDEN |
| 4 | | Acting Assistant Attorney General |
| | | United States Department of Justice |
| 5 | | Environment & Natural Resources Division |
| 6 | | JEAN E. WILLIAMS, Section Chief |
| | | SETH M. BARSKY, Assistant Section Chief |
| 7 | | ERIK E. PETERSEN (D.C. Bar No. 489073) |
| | | Erik.Petersen@usdoj.gov |
| 8 | | |
| 9 | | |
| | |   /s/ Erik Petersen |
| 10 | | ERIK E. PETERSEN (D.C. Bar No. 489073) |
| | | Erik.Petersen@usdoj.gov |
| 11 | | KRISTEN L. GUSTAFSON (D.C. Bar. N. 460443) |
| | | Kristen.Gustafson@usdoj.gov |
| 12 | |  MICHAEL R. EITEL (Neb. Bar No. 22889) |
| | | Michael.Eitel@usdoj.gov |
| 13 | | Trial Attorneys, Wildlife & Marine Resources Section |
| | | U.S. Department of Justice |
| 14 | | Environment & Natural Resources Division |
| 15 | | Ben Franklin Station, P.O. Box 7369 |
| | | Washington, D.C. 20044-7369 |
| 16 | | Tel: 202-305-0339 / Fax: 202-305-0275 |
| 17 | | CHARLES R. SHOCKEY (D.C. Bar No. 914879) |
| | | Trial Attorney, Natural Resources Section |
| 18 | | United States Department of Justice |
| | | Environment and Natural Resources Division |
| 19 | | 501 "I" Street, Suite 9-700 |
| 20 | | Sacramento, CA 95814-2322 |
| | | Tel: (916) 930-2203/ Fax:  (916) 930-2210 |
| 21 | | Email: charles.shockey@usdoj.gov |
| 22 | | *Attorneys for Federal Defendants* |
| 23 | | |
| | DATED February 5, 2009 | Tara Lynn Mueller |
| 24 | | tara.mueller@doj.ca.gov |
| 25 | | |
| 26 | |    */s/ Tara Mueller (with permission)* |
| | | Tara Lynn Mueller |
| 27 | | Megan Holt Acevedo |
| | | Deputy Attorneys General |
| 28 | | California Office of the Attorney General |
| | | 1515 Clay Street, 20th Floor |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Oakland , CA 94612
(510) 622-2136
Fax: (510) 622-2270
Email: tara.mueller@doj.ca.gov
Email: megan.acevedo@doj.ca.gov

*Attorneys for Plaintiffs*

1
2
## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification to the attorneys of record.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Erik Petersen*
　　　　　　　　　　　　　　　　　　　　　　　　Erik E. Petersen, Trial Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Plaintiffs,

 v.

KEN SALAZAR, Secretary, U.S. Department of the Interior, et al.,

    Defendants.

Case No: CV-08-5775-MHP

**[PROPOSED] ORDER REGARDING JOINT STIPULATION TO EXTEND THE TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT AND TO SET DATE FOR PRODUCTION OF ADMINISTRATIVE RECORD**

This matter having come before the Court on the parties' Joint Stipulation to Extend the Time in which to Respond to Plaintiffs' Complaint and to Set Date for Production of Administrative Record, the Court finds that:

1. Defendants' time in which to respond to Plaintiffs' Amended Complaint shall be enlarged to March 13, 2009.

2. Defendants shall produce the administrative records to Plaintiffs by April 15, 2009.

IT IS SO ORDERED,

_____



IT IS SO ORDERED
Judge Marilyn H. Patel